UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-60257-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHESTER LEE ROBINSON,

        Defendant.
_____/

## NOTICE OF CHANGE OF PLEA HEARING

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for change of plea hearing on **Wednesday, November 18, 2015 at 9:00 a.m.** before the Honorable James I. Cohn, United States District Judge, United States Courthouse, 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida.

DATED: November 16, 2015

HONORABLE JAMES I. COHN
UNITED STATES DISTRICT JUDGE

STEVEN M. LARIMORE
COURT ADMINISTRATOR • CLERK OF COURT

By: _____
Valerie Thompkins
Courtroom Deputy Clerk

cc:    Corey Steinberg, AUSA
       Stuart Adelstein, Esq.
       U.S. Marshals
       USPO