UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs

Chester Lee Robinson

CASE NO. 15-60257-cr-COHN

NOTICE OF SENTENCING

TO: DEFENDANT, DEFENSE COUNSEL and U.S. ATTORNEY'S OFFICE

By direction of the Honorable James I. Cohn, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on _____ for imposition of sentence. On that date, report to:

1-27-16 @ 9:30Am

- ☐ 301 North Miami Avenue, Miami, Florida 33128, Courtroom No. _____
- ☐ 300 N.E. 1st Avenue, Miami, Florida 33132, Courtroom No. _____
- ☐ 99 N.E. 4th Street, Miami, Florida 33132, Courtroom No. _____
- ☑ 299 East Broward Boulevard, Ft. Lauderdale, Florida 33301, Courtroom No. 203E
- ☐ 701 Clematis Street, West Palm Beach, Florida 33401, Courtroom No. _____
- ☐ 300 South Sixth Street, Fort Pierce, Florida 34950, Courtroom No. _____
- ☐ 301 Simonton Street, Key West, Florida 33040, Courtroom No. _____

where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. § 3146).

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall immediately provide the U.S. Probation Department with the necessary information to prepare the Prosecution version of the Presentence Report.

Steven Larimore
COURT ADMINISTRATOR-CLERK OF COURT

By: _____ Deputy Clerk

DATE: 11-18-15
COUNSEL FOR DEFENDANT: Bryant and Elstern
DEFENDANT: In Custody

GUILTY PLEA ☑
TRIAL ☐

BOND ☐
FEDERAL CUSTODY ☐
STATE CUSTODY ☐
U.S.M. CUSTODY ☑

TO COUNTS: ☐
OF TOTAL COUNTS: ☐
AUSA: Corey Steinberg

cc: U.S. Attorney   U.S. Marshal   U.S. Probation Office   Pre-Trial Services   Defense Counsel   Defendant